# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| SNI SOLUTIONS, INC., an Illinois Corporation, and | )<br>)<br>) |
| NATURAL ALTERNATIVES, LLC, a Kentucky Limited Liability Company, | )<br>)   No. 18-cv-04090<br>) |
| Plaintiffs, | )   Honorable Sara Darrow<br>) |
| v. | )   Magistrate Judge Jonathan E. Hawley<br>) |
| UNIVAR USA, INC., a Washington Corporation, and | )<br>)<br>) |
| ROAD SOLUTIONS, INC., an Indiana Corporation. | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANT UNIVAR USA, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3)

Defendant Univar USA, Inc. ("Univar") respectfully moves to dismiss plaintiffs SNI Solutions, Inc.'s ("SNI") and Natural Alternatives, LLC's ("Natural Alternatives," and, collectively with SNI, "Plaintiffs") Complaint (Dkt. 1) pursuant to Federal Rule of Civil Procedure 12(b)(3) because venue is not proper in this District. Univar requests that its Motion be granted for all of the reasons stated in the contemporaneously filed memorandum in support of the Motion.

WHEREFORE, Univar respectfully requests that the Court dismiss this case for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3).

Dated:   October 1, 2018                        Respectfully submitted,


   /s/ *Matt D. Basil*
Matt D. Basil (IL Bar No. 6242487)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

2

Tel: (312) 222-9350
Fax: (312) 840-7636
mbasil@enner.com

*Attorney for Univar USA, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2018, I caused true and correct copies of DEFENDANT UNIVAR USA, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3) to be served on all counsel of record via the Court's ECF system.

                                                                          /s/ Matt D. Basil